APPEAL,ACO,CASREF,DECLINED–CONSENT,MJI

# U.S. District Court
## Eastern District of New York (Brooklyn)
### CIVIL DOCKET FOR CASE #: 1:26–cv–00274–NCM–PK

| | |
|---|---|
| DiSalvo et al v. The City of New York et al | Date Filed: 01/16/2026 |
| Assigned to: Judge Natasha C. Merle | Jury Demand: None |
| Referred to: Magistrate Judge Peggy Kuo | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

**John DiSalvo**      represented by **Susan Chana Lask**
Law Offices of Susan Chana Lask
244 Fifth Avenue, Suite 2369
New York, NY 10001
917–300–1958
Email: susanchanalask@gmail.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Torres**      represented by **Susan Chana Lask**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexandra Gottlieb**      represented by **Susan Chana Lask**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Cairney**      represented by **Susan Chana Lask**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The City of New York**      represented by **Nicholas R. Ciappetta**
New York City Law Department
Administrative Law and Regulatory
Litigation Division
100 Church Street
New York, NY 10003
212–256–4036
Email: nciappet@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Rizzo**
New York City Law Department
100 Church Street
Room 5–177
New York, NY 10007
212–356–0427
Email: kevrizzo@law.nyc.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jessica S Tisch**      represented by **Nicholas R. Ciappetta**
*Police Commissioner, in her official*      (See above for address)

*capacity*                                        *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Kevin Rizzo**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**John and Jane Does 1–3**            represented by **Nicholas R. Ciappetta**
*who are the Commanding Officer of the*          (See above for address)
*NYPD License Division and other*                *LEAD ATTORNEY*
*supervisors related to gun permits, in his*     *ATTORNEY TO BE NOTICED*
*or her official capacity*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/16/2026 | 1 | COMPLAINT against All Plaintiffs filing fee $ 405, receipt number ANYEDC–19817486 Was the Disclosure Statement on Civil Cover Sheet completed –Yes,, filed by JOHN DISALVO, PETER CAIRNEY, ALEXANDRA GOTTLIEB, JOSE TORRES. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F NYPD Budget, # 7 Civil Cover Sheet) (Lask, Susan) (Entered: 01/16/2026) |
| 01/16/2026 | 2 | Proposed Summons.Civil Cover Sheet.. by PETER CAIRNEY, JOHN DISALVO, ALEXANDRA GOTTLIEB, JOSE TORRES (Attachments: # 1 Civil Cover Sheet) (Lask, Susan) (Entered: 01/16/2026) |
| 01/20/2026 |  | Case Assigned to Magistrate Judge Peggy Kuo. Please download and review the Individual Practices of the assigned Judges, located on our underlined website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (SDM) (Entered: 01/20/2026) |
| 01/20/2026 | 3 | Clerks Notice Re: Consent. A magistrate judge has been assigned as the presiding judge in this case under the EDNY Direct Assignment Program, governed by EDNY Administrative Order 2025–14. In accordance with Rule 73 of the Federal Rules of Civil Procedure, Local Rule 73.1, the parties are notified that if all parties consent, the assigned Magistrate Judge is available to conduct all proceedings in this action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to this Notice is a blank copy of the consent form that should be filled out, signed and filed electronically only if all parties wish to consent. The form is also available here: https://www.nyed.uscourts.gov/sites/default/files/uploads/mjconsentform.pdf. Any party may withhold its consent without adverse substantive consequences. Do NOT return or file the consent form unless all parties have signed the consent form. Unless all parties consent to the Magistrate Judge jurisdiction by the deadline set forth in the Administrative Order 2025–14, a District Judge will be assigned to the case. The parties are directed to review the terms of Administrative Order 2025–14 and other materials related to the EDNY Direct Assignment Program on the Court's website: https://www.nyed.uscourts.gov/bulletin–direct–assignment–program. (SDM) (Entered: 01/20/2026) |
| 01/20/2026 | 4 | Summons Issued as to The City of New York, Jessica S Tisch. (SDM) (Entered: 01/20/2026) |
| 01/20/2026 | 5 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (SDM) (Entered: 01/20/2026) |
| 01/21/2026 | 6 | SCHEDULING ORDER: An Initial Conference will be held in this case on **May 5, 2026 at 10:30 a.m.** before Peggy Kuo, United States Magistrate Judge in Courtroom 11C South of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York.<br><br>Counsel are directed to the annexed Initial Conference Order for instructions. By **April 29, 2026**, the parties must file a **joint** and completed copy of the  Proposed Discovery Plan. Any request for adjournment of this or any other conference must be made in writing on notice to opposing parties, and must disclose whether or not all parties |

| | | |
|---|---|---|
| | | consent. No request for adjournment will be considered unless made at least **two (2) business days** before the scheduled conference, except in the event of an emergency. **<u>Counsel with knowledge and authority must be present.</u> *<u>Per diem</u>* counsel may not appear without prior permission of the Court.**<br><br><u>Plaintiffs' counsel is directed to ensure that Defendants are aware of this conference.</u> Ordered by Magistrate Judge Peggy Kuo on 1/21/2026. (RO) (Entered: 01/21/2026) |
| 02/16/2026 | 7 | AMENDED COMPLAINT *(FIRST)* against All Defendants, filed by John DiSalvo, Peter Cairney, Alexandra Gottlieb, Jose Torres. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (Lask, Susan) (Entered: 02/16/2026) |
| 02/18/2026 | 8 | MOTION for Temporary Restraining Order by Peter Cairney, John DiSalvo, Alexandra Gottlieb, Jose Torres. (Attachments: # 1 Declaration Lask for emergency relief, # 2 Declaration Torres, # 3 Declaration Gottlieb, # 4 Declaration DiSalvo, # 5 Declaration Cairney, # 6 Declaration Biancaniello, # 7 Memorandum in Support of Preliminary Injunction) (Lask, Susan) (Entered: 02/18/2026) |
| 02/18/2026 | 9 | Letter *Requesting District Judge for Pending Emergency Motion* by Peter Cairney, John DiSalvo, Alexandra Gottlieb, Jose Torres (Lask, Susan) (Entered: 02/18/2026) |
| 02/18/2026 | | NOTICE to Assign District Judge: The Clerk of Court is directed to reassign this case to a district judge. (CCR) (Entered: 02/18/2026) |
| 02/18/2026 | | Case Reassigned to Judge Natasha C. Merle and Magistrate Judge Peggy Kuo. Please download and review the Individual Practices of the assigned Judges, located on our <u>website</u>. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (BBM) (Entered: 02/18/2026) |
| 02/19/2026 | 10 | NOTICE of Appearance by Kevin Rizzo on behalf of The City of New York, Jessica S Tisch (aty to be noticed) (Rizzo, Kevin) (Entered: 02/19/2026) |
| 02/19/2026 | 11 | SUMMONS Returned Executed by John DiSalvo, Peter Cairney, Alexandra Gottlieb, Jose Torres. All Defendants. (Attachments: # 1 Exhibit A) (Lask, Susan) (Entered: 02/19/2026) |
| 02/19/2026 | 12 | NOTICE of Appearance by Nicholas R. Ciappetta on behalf of All Defendants (aty to be noticed) (Ciappetta, Nicholas) (Entered: 02/19/2026) |
| 02/19/2026 | | SCHEDULING ORDER re 8 MOTION for Temporary Restraining Order filed by Alexandra Gottlieb, John DiSalvo, Jose Torres, Peter Cairney –– Defendants shall file a response to plaintiffs' motion for temporary restraining order and preliminary injunction on or before February 25, 2026. Plaintiffs shall file a reply, if any, on or before February 27, 2026. The parties shall appear for a hearing and oral argument on plaintiffs' motion for temporary restraining order and preliminary injunction on March 4, 2026 at 10:30 a.m. before the Hon. Natasha C. Merle in Courtroom 2F North. Ordered by Judge Natasha C. Merle on 2/19/2026. (AG) (Entered: 02/19/2026) |
| 02/24/2026 | 13 | RESPONSE to Motion re 8 MOTION for Temporary Restraining Order *Status Update Letter* filed by All Defendants. (Rizzo, Kevin) (Entered: 02/24/2026) |
| 02/25/2026 | 14 | Letter *Objecting to Defendants Request to Halt the TRO proceedings* by Peter Cairney, John DiSalvo, Alexandra Gottlieb, Jose Torres (Lask, Susan) (Entered: 02/25/2026) |
| 02/25/2026 | | ORDER –– The Court is in receipt of defendants' *status update letter* 13 , and plaintiffs' letter *Objecting to Defendants Request to Halt the TRO proceedings* 14 . In light of defendants' representation that plaintiffs' motion for a temporary restraining order 8 is mooted by their adjudication of plaintiffs' firearm license applications, and plaintiffs' contention that the issues remain justiciable, the parties are hereby directed to fully brief whether plaintiffs' motion 8 seeking declaratory and injunctive relief is moot. The parties' briefing must address whether the alleged injury falls within the "capable of repetition, yet evading review" exception to the mootness doctrine as well as the merits of plaintiffs' motion for a temporary restraining order 8 . These issues must be fully briefed with citations to legal authority prior to oral argument and in accordance with the Court's Individual Practice Rule III.C. Defendants must file their response no later than Friday, February 27, 2026 at 5:00 p.m. Plaintiffs must file their reply no later than Monday, March 2, 2026 at 12:00 p.m. The Court reserves its |

| | | |
|---|---|---|
| | | decision on defendants' request to adjourn the hearing and oral argument until the parties have fully briefed the issues. Ordered by Judge Natasha C. Merle on 2/25/2026. (UES) (Entered: 02/25/2026) |
| 02/27/2026 | 15 | AFFIDAVIT/DECLARATION in Opposition re 8 MOTION for Temporary Restraining Order *Declaration of Nicole Berkovich* filed by All Defendants. (Attachments: # 1 Exhibit Required Document Checklist, # 2 Exhibit Cairney License, # 3 Exhibit Biancaniello NOA, # 4 Exhibit Torres NOA, # 5 Exhibit Gottlieb NOD, # 6 Exhibit DiSalvo NOD) (Rizzo, Kevin) (Entered: 02/27/2026) |
| 02/27/2026 | 16 | MEMORANDUM in Opposition re 8 MOTION for Temporary Restraining Order filed by All Defendants. (Rizzo, Kevin) (Entered: 02/27/2026) |
| 03/02/2026 | 17 | Letter *to Judge Merle for 3 PM filing* by Peter Cairney, John DiSalvo, Alexandra Gottlieb, Jose Torres (Lask, Susan) (Entered: 03/02/2026) |
| 03/02/2026 | | ORDER re 17 Letter to Judge Merle for 3 PM filing by Alexandra Gottlieb, John DiSalvo, Jose Torres, Peter Cairney –– Plaintiff's request for an extension of time to file their reply brief in support of their Motion for a Temporary Restraining Order from 12:00 p.m. to 3:00 p.m. today, March 2, 2026 is granted. Plaintiffs are reminded to adhere to the Court's Individual Practice Rule III.C. and limit their brief to 25–pages. Plaintiffs are reminded that requests for extensions of time must include the adversary's position and otherwise comply with Rule I.F.1.–3. of the Court's Individual Practice Rules. Failure to comply with this rule may result in denial of such requests in the future. Ordered by Judge Natasha C. Merle on 3/2/2026. (AG) (Entered: 03/02/2026) |
| 03/02/2026 | 18 | REPLY in Support re 8 MOTION for Temporary Restraining Order filed by Peter Cairney, John DiSalvo, Alexandra Gottlieb, Jose Torres. (Lask, Susan) (Entered: 03/02/2026) |
| 03/02/2026 | 19 | Letter *to Court on Consent to Filing Made Late and Virtual Appearance* by Peter Cairney, John DiSalvo, Alexandra Gottlieb, Jose Torres (Lask, Susan) (Entered: 03/02/2026) |
| 03/03/2026 | | ORDER re 19 Letter filed by Alexandra Gottlieb, John DiSalvo, Jose Torres, Peter Cairney –– The request is granted on consent. The in–person hearing and oral argument scheduled for March 4, 2026, at 10:30 a.m., is converted to telephone. The parties are directed to call (571) 353–2301 five minutes before the scheduled start of the conference and use meeting ID 913 134 947. Ordered by Judge Natasha C. Merle on 3/3/2026. (AG) (Entered: 03/03/2026) |
| 03/04/2026 | | Minute Entry for proceedings held before Judge Natasha C. Merle: Show Cause Hearing held on 3/4/2026. Appearances: Susan Chana Lask appeared on behalf of plaintiffs; and Nicholas Ciappetta, Kevin Rizzo appeared on behalf of defendants. Case called. Discussion held. For the reasons stated on the record, plaintiff's motion 8 was denied. (Court Reporter Avery Armstrong.) (AG) (Entered: 03/04/2026) |
| 03/12/2026 | 20 | Letter MOTION for pre motion conference *RE: Motion to Dismiss the First Amended Complaint* by The City of New York, Jessica S Tisch. (Rizzo, Kevin) (Entered: 03/12/2026) |
| 03/16/2026 | 21 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 3/4/2026, for hearing type Oral Argument, before Judge Natasha C. Merle. Court Reporter/Transcriber Avery Armstrong, Telephone number 718–613–2419. Email address: aarm.edny@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 4/6/2026. Redacted Transcript Deadline set for 4/16/2026. Release of Transcript Restriction set for 6/15/2026. (Armstrong, Avery) (Entered: 03/16/2026) |
| 03/18/2026 | 22 | Letter *to Judge Merle for Brief Extension to Respond to Defendants' Pre–Conference Letter* by Peter Cairney, John DiSalvo, Alexandra Gottlieb, Jose Torres (Lask, Susan) (Entered: 03/18/2026) |

| | | |
|---|---|---|
| 03/19/2026 | | ORDER granting 22 Letter to *Judge Merle for Brief Extension to Respond to Defendants' Pre–Conference Letter* –– Plaintiffs' request to extend their deadline to file a response to defendants' pre–motion conference letter is granted on consent. Plaintiffs shall file their response letter on or before March 23, 2026. Ordered by Judge Natasha C. Merle on 3/19/2026. (UES) (Entered: 03/19/2026) |
| 03/23/2026 | 23 | RESPONSE in Opposition re 20 Letter MOTION for pre motion conference *RE: Motion to Dismiss the First Amended Complaint* filed by All Plaintiffs. (Lask, Susan) (Entered: 03/23/2026) |
| 04/03/2026 | 24 | Transcript Redaction Request re 21 Transcript,,, by attorney Susan Chana Lask (Lask, Susan) (Entered: 04/03/2026) |
| 04/03/2026 | 25 | NOTICE OF APPEAL as to Order on Motion for TRO,, Show Cause Hearing, by Peter Cairney, John DiSalvo, Alexandra Gottlieb, Jose Torres. (Lask, Susan) (Entered: 04/03/2026) |
| 04/03/2026 | | APPEAL FILING FEE DUE re 25 Notice of Appeal Payment in the amount of $605.00, can be made in person to the clerks office, or mailed in or paid online with the event *Civil Case Appeal Filing Fee*. (VJ) (Entered: 04/03/2026) |
| 04/03/2026 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 25 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 04/03/2026) |